FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 20  AM 7:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA    *    CRIMINAL NO. 03-188

v.                          *    SECTION: "L"

JEROME ROBERTS              *

\*   \*   \*

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **JEROME ROBERTS** appear before this Court on the 29th day of March, 2006 at 2:00 o'clock p.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 16th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No_____